Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
4035 South El Capitan Way
Las Vegas, Nevada 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,*
*Consumer Opinion LLC*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CONSUMER OPINION LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKFORT NEWS CORP, et al.<br><br>Defendants. | Case No. 5:16-cv-05100-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Consumer Opinion LLC ("Opinion") hereby voluntarily dismisses all claims as to all Defendants without prejudice. This Notice is filed before the appearance of any Defendant not previously dismissed.

Respectfully submitted:
 Dated: February 6, 2018         RANDAZZA LEGAL GROUP, PLLC

                                 /s/ Marc J. Randazza
                                 Marc J. Randazza
                                 Alex J. Shepard
                                 4035 S. El Capitan Way
                                 Las Vegas, NV 89147

                                 Attorneys for Plaintiff,
                                 CONSUMER OPINION LLC